IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JAMES A. BROWN, ) | Civil Action No. 7:12-cv-00267 | |
|     Plaintiff, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| LARRY T. EDMONDS, et al., ) | By: Hon. Michael F. Urbanski | |
|     Defendants. ) | United States District Judge | |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1), and is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

Entered: June 28, 2012

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge